Form 12B

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

U.S.A. vs. PATRICIA WILSON-HEALTH

**Docket No.** 3:03CR00098(JBA)

## Petition For Modification of Conditions or Term of Probation/Supervised Release
### with the Consent of the Offender

2007 JUL 23  A  9: 44

U.S. DISTRICT COURT

**COMES NOW,** Charmaine R. Harkins, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of PATRICIA WILSON-HEALTH who was sentenced to five years' probation for a violation of 18 U.S.C. § 641, Theft and Conversion of Government Funds by the Honorable Janet Bond Arterton, United States District Judge, sitting in the court in New Haven, Connecticut on June 30, 2003, and imposed the general terms and conditions theretofore adopted by the court and also imposed the special condition and terms as follows: 1) The defendant shall be placed on home confinement with electronic monitoring for the first three (3) months of probation.  The defendant shall pay the costs of electronic monitoring at a rate of $3.99 per day; 2) The defendant shall perform 100 hours of community service during probation; 3) The defendant shall pay restitution in the amount of $13,812, payable at a rate of $100 per month to the New Haven Housing Authority, interest is waived if timely paid; 4) The defendant shall provide any financial documents requested by the U.S. Probation Office or shall provide appropriate release to U.S. Probation Office to enable it to obtain any and all financial information; 5) The defendant shall provide copies of her state and federal income tax returns; and, 6) The defendant is prohibited from incurring new credit charges or opening additional lines of credit without approval of the U.S. Probation Office.

Ms. Patricia Wilson-Health began supervision on June 30, 2003 and is scheduled to terminate on June 29, 2008.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

On May 17, 2004, a memorandum was submitted to the Court requesting that Ms. Wilson-Heath's monthly restitution be reduced to $25 per month due to a job loss and subsequent unemployment.  At this time, Ms. Wilson-Heath is gainfully employed as a housing manager for a homeless shelter and earns enough in order to make restitution payments of $75 per month.  Her current balance is $12,364.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve:

☐ To extend the term of probation/supervised release for  years, for a total term of  years.
■ To modify the conditions of supervision as follows:

The defendant shall pay restitution in the amount of $13,812, payable at a rate of $75 per month to the New Haven Housing Authority, interest is waived if timely paid.

AUSA Anastasia King and Federal Public Defender Thomas Dennis agree with this modification.  The Waiver of Hearing form is attached.

**ORDER OF COURT**

Considered and ordered this 20th day of  July 2007 and ordered filed and made a part of the records in the above case

The Honorable Janet Bond Arterton
United States District Judge

Respectfully Submitted,

Charmaine R. Harkins
United States Probation Officer

Place:  Connecticut

Date:  July 19, 2007

PROB 49
(3/89)

# United States District Court

## District of Connecticut

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall pay restitution in the amount of $13,812, payable at a rate of $75 per month to the New Haven Housing Authority, interest is waived if timely paid.

Witness: _____
U.S. Probation Officer
Charmaine R. Harkins

Signed: _____
Probationer or Supervised Releasee
Patricia Wilson-Heath

7/19/07
Date